No. 73–1351. ANGEL ET AL. *v.* BUTZ, SECRETARY OF

AGRICULTURE. C. A. 10th Cir. Certiorari denied. ■■■